UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **CROFTS, JERRY T** ) | Bankruptcy Case No. 18-80020 TML |
| **CROFTS, JANIS K** ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 11, 2019, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

CROFTS, JERRY T
CROFTS, JANIS K
1211 W. 3RD ST.
STERLING, IL 61081

RICHARD O AINSWORTH
CROSBY LAW FIRM
475 EXECUTIVE PARKWAY
ROCKFORD, IL 61107
*(Via ECF Electronic Transmission)*

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2238

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

/s/ Debbie M. Harris
JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com